COUNSEL IDENTIFICATION:

LODGED
JUL 2 5 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
2005 JUL 27 P 2: 38
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s)

v

REUBEN HOUSTON

Defendant(s)

1:05MJ00129

PRO HAC VICE APPLICATION AND ORDER

I, **Manubir S. Arora**, attorney for **Reuben Houston** (plaintiff/defendant), hereby petitions for admission to practice under the provisions of Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District, and in support thereof, state, under penalty of perjury, that:

My residence address is: 3895 River Run, Atlanta, GA 30350

My business address is: 3151 Maple Drive, N.E., Atlanta, GA 30305

Business telephone: 404.262.2225

I was admitted to practice in the following courts:

COURT: **Northern District of Georgia** on 7/16/01

COURT: **Georgia Supreme Court** on 1996

1     I am presently in good standing and eligible to practice in said
2 court.  I am not currently suspended or disbarred in any other court.
3     Within the year preceding this application, I _____HAVE, or
4 \_**XX**\_ HAVE NOT made a pro hac vice application to this court.  Listed
5 below is the case number and title of each matter, the date of the
6 application, and whether it was granted or denied. _____**N/A**_____
7 _____.
8     I hereby designate the following member of the Bar of this Court
9 with whom the Court and opposing counsel may readily communicate
10 regarding the conduct of the case and upon whom papers shall be
11 served: _____.
12 DATED: _____    PETITIONER: _____
13     I hereby consent to my designation as counsel with whom the Court
14 and opposing counsel may readily communicate regarding the conduct of
15 the case and upon whom papers shall be served.
16 DATED: _____    DESIGNEE: _____
17                              Address: _____
18
19                              Telephone: _____
20
21
22                                **O R D E R**
23 **PETITION IS HEREBY**  ( X ) **GRANTED**   ( ) DENIED.
24 DATED: 7/27/05
25                               UNITED STATES ~~DISTRICT~~ JUDGE
26                                      Magistrate